**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZACHARY SCOTT TILDEN,<br><br>    *Defendant*. | Case No. CR-25-172-RAW |

**ORDER**

The Defendant is charged in this case with the following three counts:

- Count One: Murder in Indian Country in violation of 18 U.S.C. § 1111(a), 1151, and 1153;
- Count Two: Use, Carry, Brandish, and Discharge of a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A)(i), (ii), and (iii); and
- Count Three: Causing the Death of a Person in the Course of a Violation of 18 U.S.C. § 924(c) in violation of 18 U.S.C. § 924(j)(1).

Now before the court is the Defendant's motion to dismiss Count Two [Docket No. 56].

The Defendant argues that Count Two is a lesser included offense of Count Three and should be dismissed. The "decision of whether to require the prosecution to elect between multiplicitous counts before trial is within the discretion of the trial court." *United States v. Johnson*, 130 F.3d 1420, 1426 (10th Cir. 1997). If a defendant is convicted of multiplicitous counts, the remedy is to one vacate of the convictions. *United States v. McCullough*, 457 F.3d 1150, 1162 (10th Cir. 2006).

If the Defendant is convicted on both Counts Two and Three, the court will vacate one of the convictions before sentencing.  The motion to dismiss Count Two [Docket No. 56] is DENIED.

**IT IS SO ORDERED** this 30th day of July, 2026.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**